IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF STIVERS,

    Plaintiff,

  v.

NAPA COUNTY; and DOES 1–10, inclusive,

    Defendants.
                              /

No. C 06-05469 WHA

**ORDER SETTING HEARING ON PROPOSED CONSENT DECREE**

A hearing regarding approval of the proposed consent decree will be held on **TUESDAY, OCTOBER 9, 2007, AT 10:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 24, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE