IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA COUNTY; and DOES 1–10, Inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-05469 WHA<br><br>**ORDER APPROVING CONSENT DECREE AND SETTLEMENT SUBJECT TO CERTAIN CONDITIONS** |

The consent decree and settlement regarding damages, expenses, and attorney's fees are approved with these caveats:

1. This is not a class action; no one other than plaintiff Stivers is releasing any claim. Therefore, defendants should not assert this consent decree as a bar or in mitigation of any other claim by any other plaintiff.

2. By April 10, 2008, counsel for both sides shall certify in writing to the Court the extend of all work completed and all work left to be done, if any. The decree requires all work to be done before that date. A case management conference will be held on **APRIL 17, 2008, AT 11:00 A.M.**

3. Plaintiff's counsel must inspect the work done and make sure the consent decree is timely followed. Any material delay must promptly by brought to the Court's attention.

Dated: October 10, 2007.

                                                                          WILLIAM ALSUP<br>
                                                                          UNITED STATES DISTRICT JUDGE