IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS, | No. C 06-05469 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING CONSENT DECREES AND SETTLEMENT AND VACATING CASE MANAGEMENT CONFERENCE** |
| николай NAPA COUNTY; and DOES 1–10, Inclusive, | |
| Defendants. | |

The Court has received the certification of completion of work in consent decree. The consent decrees and settlement in this matter are approved unconditionally. The case management conference scheduled for April 17, 2008, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE